UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HODA SAMUEL, | No. 2:15-cv-2241 JAM KJN PS |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

In this action, plaintiff alleges claims against defendant United States for allegedly negligent conduct on the part of its employees. Plaintiff alleges that, after an initial injury sustained at the federal courthouse in Sacramento, California when a heavy courtroom door was opened into her leg by employees of the U.S. Attorneys' Office, plaintiff was incarcerated at the Federal Bureau of Prisons Carswell Medical Facility in Fort Worth, Texas, where she received medical care that fell below the standard of care. (See ECF No. 1.)

The federal venue statute provides that a civil action may be brought only in "(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal

jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

  Even assuming, without deciding, that venue in this district is not strictly improper, a transfer of venue pursuant to 28 U.S.C. § 1404(a) is nonetheless warranted. 28 U.S.C. § 1404(a) provides that "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." Here, although plaintiff's initial injury allegedly occurred in Sacramento, California, the bulk of plaintiff's allegations and claims in this case relate to her subsequent treatment at the Carswell Medical Facility in Fort Worth, Texas. As such, most of the potential witnesses and evidence in this case are located in Fort Worth, Texas. Furthermore, plaintiff herself is incarcerated in Fort Worth, Texas. Thus, the court finds that transfer to the Northern District of Texas under 28 U.S.C. § 1404(a) is in the interest of justice.

  Accordingly, IT IS HEREBY ORDERED that:

1. This matter is transferred to the United States District Court, Northern District of Texas, Fort Worth Division.
2. The Clerk of Court shall vacate all dates and close this case.

IT IS SO ORDERED.

Dated: November 4, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE